IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00808-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

**TERRANCE McMANIS**, No. 152307,

    Petitioner,

v.

**COLORADO DEPARTMENT OF CORRECTIONS**,

    Respondent.

---

### ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner, Terrance McManis, is detained at the San Carlos Correctional Facility in Peublo, Colorado. He has submitted as Application for a Writ of Habeas Corpus (ECF No. 1). *See McIntosh v. United States Parole Comm'n*, 115 F.3d 809, 811 (10th Cir. 1997) ("Petitions under § 28 U.S.C. § 2254 habeas and § 2255 proceedings are used to collaterally attack the validity of a conviction and sentence."). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(B), the Court has determined that the submitted documents are deficient as described in this Order. Petitioner will be directed to cure the following if he wishes to pursue his claims. Any papers that Petitioner files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __X__   is not submitted on proper court-approved form for prisoner
(2)   __X__   is missing affidavit
(3)   __X__   is missing certified copy of prisoner's trust fund statement for the 6-month

|       |     | period immediately preceding this filing |
|-------|-----|---|
| (4)   | X   | is missing account statement showing the current balance in Petitioner's prison account |
| (5)   | __  | is missing required financial information |
| (6)   | __  | is missing an original signature by the prisoner |
| (7)   | __  | is not on proper form (must use the Court's current form) |
| (8)   | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (9)   | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (10)  | X   | other: Petitioner may pay the $5.00 filing fee in lieu of filing a § 1915 motion and affidvit. |

**Complaint, Petition or Application**:

| (11) | X   | is not submitted on proper court-approved form |
|------|-----|---|
| (12) | __  | is not on proper form (must use the Court's current form) |
| (13) | __  | is missing an original signature by the prisoner |
| (14) | __  | is missing page nos. __ |
| (15) | __  | uses et al. instead of listing all parties in caption |
| (16) | __  | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __  | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __  | names in caption do not match names in text |
| (19) | X   | other: Petitioner must name his current custodian as the respondent in a § 2254 proceeding. |

Accordingly, it is

     **ORDERED** that Petitioner cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Petitioner files in response to this Order must include the civil action number on this Order. It is

     **FURTHER ORDERED** that Petitioner shall obtain the Court-approved forms used in filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Petitioner fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 17, 2015, at Denver, Colorado.

                        BY THE COURT:

                        s/Gordon P. Gallagher
                        United States Magistrate Judge